

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2019

No. 04-19-00472-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

**ORDER**

On August 2, 2019, relator filed a petition for writ of mandamus. This court concludes relator is not entitled to the relief sought; therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 25, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-15-0000271, styled *John M. Donohue v. Bandera County Law Enforcement Personnel, et al.*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.